

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, UT  84101
Telephone:  (801) 521-4135
Telefax: (801) 521-4252

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No.  01-20804 RKM |
| | (Chapter 7) |
| RONALD W. PRESTWICH and | : |
| DEBBIE K.. PRESTWICH, | |
| | |
| Debtors. | : |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in the above-entitled matter, pursuant to Rule 3011,

Rules of Bankruptcy Procedure, hereby gives notice of funds paid in the United States Bankruptcy

Court registry and represents to the Court that:

1.    On January 4, 2011, the following check was issued in the following amount:

| Check # | Creditor and Address | Check Amount |
|---|---|---|
| 10106 | Utah State Tax Commission<br>Bankruptcy Division<br>210 North 1950 West<br>Salt Lake City, UT 84134 | $ 1,954.57 |



2.    Said check has not been submitted for payment and more than ninety (90) days have

elapsed since issuance of said check.  A "stop payment" has been requested by the Trustee.

3.    The unclaimed funds are on deposit at the Bank of New York Mellon, Account No.

867445766.

4.    The last known name and address of the payee to which the check was sent is listed

above.

5.    A check in the amount of $1,954.57 representing said unclaimed funds made payable

to the U.S. Bankruptcy Court Clerk is attached hereto.

DATED this _____ day of April, 2011.

McKAY, BURTON & THURMAN

By _____
Stephen W. Rupp
Attorneys for Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Payment of Unclaimed

Funds was mailed, postage prepaid, on the _____ day of April, 2011, to the following:

U.S. Trustee's Office          (Sent via ECF)
405 South Main Street, Suite 300
Salt Lake City, UT  84111

_____

ka\pl\prestwich.unc